**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CIVIL MINUTES

**Case No**: CV 05-655-HA                 **Proceeding Date**: September 6, 2005

**Case Title:** Association of Unit Owners of Scholls Creek v. Scholls Creek Townhomes, LLC, *et al*

**Presiding Judge**: Malcolm F. Marsh          **Courtroom Deputy**: Connie Armstrong

**Reporter:**                          **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
| --- | --- |
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

Counsel notified the court that they had reached an agreement regarding the payment of attorneys' fees related to the remand issue.  Therefore, the deadlines set for filing the petition and the response, as well as the under-advisement date, are stricken.

**Document Number:** _____
**CIVIL MINUTES**